IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> P.O CARTER, P.O. EDGAR CORRAL, P.O. ) <br> SZYMON HYPTA, P.O. NORMAN COLEMAN, ) <br> P.O. ALVIN THOMPSON, P.O. MOHAMMED ) <br> BAKER, and P.O. MICHAEL PIERTYLA, ) <br> individually, and THE CITY OF CHICAGO, ) <br> ) <br> Defendants. ) | Case No. 15 C 3511 <br><br> Judge Thomas M. Durkin <br><br><br><br> JURY DEMAND |

## OFFER OF JUDGMENT

Defendants, City of Chicago and Chicago police officers Carl Carter, Edgar Corral, Szymon Hypta, Norman Coleman, Alvin Thompson, Mohammed Baker, and Michael Piertyla, by their undersigned attorneys, make the following offer of judgment to Plaintiff, Marcus Williams, pursuant to Fed.R.Civ.P. 68.

1. Defendants, City of Chicago and Chicago police officers Carl Carter, Edgar Corral, Szymon Hypta, Norman Coleman, Alvin Thompson, Mohammed Baker, and Michael Piertyla, offer to allow judgment to be taken against them collectively and in favor of Plaintiff Marcus Williams in the total amount of FIFTEEN THOUSAND AND ONE DOLLARS AND NO/100 ($15,001.00), plus reasonable attorney's fees and costs not to exceed TWENTY THOUSAND DOLLARS AND NO/100 ($20,000.00) accrued through the date that the offer is tendered, December 6, 2016.

2. This offer of judgment is inclusive of all claims Plaintiff has or may have, including reasonable attorneys' fees and costs, against Defendants, City of Chicago and Chicago

police officers Carl Carter, Edgar Corral, Szymon Hypta, Norman Coleman, Alvin Thompson, Mohammed Baker, and Michael Piertyla, and any and all other current or former employees or agents of the City of Chicago arising from the incident or injuries alleged in Plaintiff's complaint or any amendment thereof. Nothing in this offer of judgment shall be construed as an admission of liability by any defendant.

3. This offer of judgment is conditioned upon Plaintiff accepting the offer of judgment as to each of Defendants, City of Chicago and Chicago police officers Carl Carter, Edgar Corral, Szymon Hypta, Norman Coleman, Alvin Thompson, Mohammed Baker, and Michael Piertyla. Acceptance of this offer of judgment by Plaintiff against fewer than all of Defendants, City of Chicago and Chicago police officers Carl Carter, Edgar Corral, Szymon Hypta, Norman Coleman, Alvin Thompson, Mohammed Baker, and Michael Piertyla shall be deemed a rejection of this offer.

4. This offer of judgment is made for the purposes specified in Rule 68 and for the purpose of creating a settlement, and is not to be construed either as an admission that the Defendants are liable in this action, that Defendants committed any of the acts alleged or complained of by Plaintiff, or that Plaintiff has suffered any damages.

5. Pursuant to Fed.R.Civ.P. 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

DATED: December 6, 2016.

Respectfully submitted,

CITY OF CHICAGO, CARL CARTER,
EDGAR CORRAL, SZYMON HYPTA,

NORMAN COLEMAN, ALVIN THOMPSON,
MOHAMMED BAKER, and MICHAEL PIERTYLA

_____
Kenneth M. Battle
Hickey, O'Connor & Battle, LLP
20 North Clark, 16th Floor
Chicago, IL 60606
(312) 578-8083
kbattle@hoblawfirm.com
wmonu@hoblawfirm.com

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he caused a true and correct copy of the above and foregoing **OFFER OF JUDGMENT** to be served via EMAIL TRANSMISSION and PERSONAL DELIVERY on the following person(s) at the following address on this 6th day of December, 2016.

**Gregory Kulis**
**Joshua Patrick**
**Gregory E. Kulis & Assoc.**
**30 N. LaSalle St., Suite 2140**
**Chicago, IL 60602**
gkulis@kulislawltd.com
jpatrick@kulislawltd.com

                                                Kenneth M. Battle